# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

Robert P. Young, Jr.,
Chief Justice

143892

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BRYAN MATTHEW NOONAN,
    Defendant-Appellant.

SC: 143892
COA: 305035
Berrien CC: 2009-001073 FC

_____/

    On order of the Court, the application for leave to appeal the August 23, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012

Clerk

y0328